132 East Broadway, Suite 233
Eugene, OR 97401-3154

Phone: 541-686-8695
E-mail: roloffaal@yahoo.com

LARRY R. ROLOFF
ATTORNEY AT LAW

August 4, 2026

The Honorable Judge Karin Immergut
United States District Court
1000 SW 3rd Ave #740
Portland, OR 97204

RE: United States of American v. Anthony Barrera
Case Number: 3:25-cr-00259-IM-1

Dear Judge Clark,

On behalf of Mr. Anthony Barrera, I respectfully ask the Court to impose the mandatory minimum sentence of 120 months' imprisonment. Under 18 U.S.C. § 3553(a), that sentence is more than sufficient, and not greater than necessary, to account for the seriousness of the offense while recognizing Mr. Barrera's profound rehabilitation, his personal history and characteristics, and his meaningful potential for a lawful, productive future.

**Mr. Barrera's background and the path to offense conduct**

Mr. Barrera was 29 years old at the time of this offense. When he became involved in drug trafficking, he was in the grip of severe alcohol addiction, consuming at least a bottle of alcohol per day and requiring hospitalization on at least two occasions as his mental and physical health deteriorated. The presentence report thoroughly addresses his early life and formative influences, and it accurately portrays a chaotic and traumatic upbringing that contributed to his addiction and mental health challenges.

Mr. Barrera himself has described his childhood as "difficult," rooted largely in a strained relationship with his mother, who did not allow him to express himself as a child. He believes this inability to communicate and process emotions has carried over into adulthood. He was raised by an alcoholic step-father and had limited contact with his biological father. He reported a home environment marked by frequent fights, domestic violence, and physical and emotional abuse directed at him. In that tumultuous setting, he became involved with a street gang at a very young age and his first arrest was at age 13.

Yet even in this environment, Mr. Barrera developed a genuine work ethic and a commitment to education, values instilled by his mother and embraced by him. As paragraph 57 of the presentence report notes, he enjoyed school and performed well. After graduating high school in 2012, he attended Mt. Hood Community College from 2012–2015, earning his

associate's degree. He later attended Portland State University, where he studied finance and pre-law and participated in the business honors program; he was just two quarters short of completing his degree. Tragically, his escalating alcoholism prevented him from finishing and derailed the promising academic and professional trajectory he had created for himself.

Role in the offense and guideline considerations

Mr. Barrera's initial involvement in drug trafficking was as a courier for a childhood friend. As commonly occurs in such situations, his role gradually expanded, and he transported increasing quantities of drugs from California to the Portland metropolitan area. Critically, he remained insulated from the source of the drugs; he was a paid courier, delivering product for others rather than acting as a principal supplier. Although weapons were ultimately recovered from his home, during the period when he was transporting drugs he did not possess or carry a firearm.

Mr. Barrera does not dispute the guideline calculations in the presentence report, nor the calculations to which he stipulated in the plea agreement. However, the base offense level driven by the total drug quantity paints a misleading picture of his actual role. For all but the final months before his arrest, he functioned as a courier: he did not "deal" the quantities he was transporting, he had no customer base for those amounts, and his compensation was for delivery only. Shortly before his arrest he did begin distributing smaller quantities to several friends, and he fully acknowledges that conduct is serious. That admission is not offered to minimize his behavior, but to give the Court an accurate representation of the scale and nature of his participation.

As noted in the addendum to the presentence report, Mr. Barrera was not paid for the substantial deliveries he made and it was agreed that he would retain 20 pounds of the 273.8 pounds ultimately seized and a small amount of cocaine. That amount—20 pounds—is the quantity that fairly reflects what he possessed with intent to personally distribute.

Likewise, while he accepts the technical application of the two-level enhancement for a firearm, he respectfully asks the Court to consider the context: law enforcement located two unloaded firearms concealed in bags under floorboards in his home, not readily accessible, and one was dismantled and inoperative. Mr. Barrera kept these firearms at his residence for protection; he did not carry or possess them while acting as a courier or engaged in drug trafficking. Within the framework of 18 U.S.C. § 3553(a), these facts support a sentence at the mandatory minimum rather than above it.

**Rehabilitation, remorse, and future prospects**

Since entering custody, Mr. Barrera has achieved and maintained sobriety. He has used his time to reflect deeply on his past and to chart a realistic path forward, including a plan to resume his education and secure lawful employment. The record suggests ongoing, undiagnosed, and untreated mental health issues; Mr. Barrera has actively sought solutions and is committed to addressing those issues so that he can return to the community as the stable, high-functioning person his history of academic success and work ethic show he can be.

Mr. Barrera wants to be fully accountable for his behavior and accepts the consequences the Court deems appropriate, whatever that might be. His remorse is genuine and sustained. In

sobriety, he has had the time and clarity to reassess the value of his own life, the lives of his loved ones, and the impact of his choices on both as well as the societal impact of his drug trafficking actions. He is determined to complete his education, become a productive citizen, and serve as a positive role model for his family. He understands that his potential has been severely diminished by years of alcohol abuse and drug trafficking, and he is committed to ensuring those years are not wasted further while he remains in custody.

**Why 120 months is "more than sufficient"**

A 120-month sentence is not lenient. It is a substantial term of imprisonment that will punish, deter, and unmistakably underscore the seriousness of his conduct. At the same time, it is calibrated to permit Mr. Barrera to preserve and build upon the progress he has already made, maintain and strengthen his family and community ties, and return to society with decades of productive life ahead of him. A markedly longer sentence would not materially advance the goals of 18 U.S.C. § 3553(a); instead, it would risk extinguishing the very rehabilitation, responsibility, and potential that the statute instructs courts to consider.

Mr. Barrera has learned from this experience in the deepest sense. He has felt firsthand the devastating consequences of substance abuse and now approaches his sobriety, his education, and his relationships—especially with his fiancée and family—with seriousness and care. He asks for the opportunity, through a 120-month sentence, to demonstrate that his sincere remorse and substantial potential are real, and to show the Court that the trust implicit in such a sentence was well-placed.

For these reasons, we respectfully request that the Court impose the mandatory minimum sentence of 120 months' imprisonment as sufficient, but not greater than necessary, to meet the objectives of 18 U.S.C. § 3553(a).

Sincerely yours,

Larry R. Roloff

Larry R. Roloff
Attorney at Law

Cc: AUSA and Pretrial

Collin Wright
Therapy

**Client Name:** Anthony Barrera
**DOB:** 07/26/1995
**Evaluator:** Collin Wright, LCSW, CADC II
**Referral Source:** Ryan Costello
**Interview Date:** 07/18/2025

## Comprehensive ASAM Evaluation

This comprehensive ASAM evaluation is provided for the purposes of determining whether the above stated client meets substance use disorder criteria as determined by the Diagnostic Statistical Manual of Mental Disorders 5th Edition, as well as to recommend the appropriate level of clinical treatment as determined by the American Society of Addiction Medicine, The ASAM Criteria: Treatment Criteria for Addictive, Substance-Related, and Co-Occurring Conditions, 3rd Edition. The information contained within this evaluation has been collected by personal interview, is based on self-report, and may be supplemented with additional documents provided by the above stated referral source. The client has been informed of their rights to confidentiality and the limits of confidentiality as it pertains to Federal Regulations (42 CFR Part 2) that govern confidentiality of alcohol and drug treatment client records and the Health Insurance Portability and Accountability Act (HIPAA), 45CFR Parts 160 & 164. The above-stated client was informed that this evaluation was being completed at the request of the above-stated referral source. They were told that none of the information provided should be considered confidential and that any of the shared information could be included in the evaluation. The client was informed a copy of the report would be sent to their referral source which may be transmitted electronically. They were informed that the purpose of this evaluation is to provide information to legal authorities as opposed to being of direct assistance. They agreed to the evaluation given these understandings.

### Biopsychosocial History

#### Family

Mr. Barrera was born in Los Angeles, California. He does not believe that he was exposed to intoxicants in utero. He identified his mother, stepfather, grandmother, and grandfather as his primary caretakers. Mr. Barrera's biological mother resides in Portland, Oregon. He denied his mother abused alcohol or other drugs during his childhood. When asked to describe his childhood relationship with his mother Mr. Barrera stated, "She was really abusive. She was

trying to show me how to be a man. She didn't show me affection. She was old school. It was tough love." He described his current relationship with his mother as "We're good. The dynamics changed once my daughter was born. I'd say it is really good." Mr. Barrera's biological father resides in Bakersfield, California. He reported his father abused alcohol or other drugs during his childhood stating, "As far as I know he was addicted to crack cocaine". When asked to describe his relationship with his father Mr. Barrera stated, "I'm starting to build a relationship with him over these past 3 or 4 years. He was just around periodically in my life".

Mr. Barrera's stepfather resides in Portland, Oregon. He reported his stepfather abused alcohol or other drugs during his childhood stating, "A lot of alcohol and other drugs too". When asked to describe his childhood relationship with his stepfather Mr. Barrera stated, "We didn't really have a relationship. I was his step kid and that's how it felt to me." He described his current relationship with his stepfather as, "We spend time drinking with each other. I don't know how to explain it. We can talk and have a conversation, but it's not like father and son stuff."

Mr. Barrera has halfsiblings and stepsiblings. He has 3 paternal sisters, 2 paternal brothers, and 2 maternal sisters. He described his current relationship with his siblings as "I'm the oldest. There is a big age gap in every single one of them. We're not that close."

**Trauma and Abuse**

Mr. Barrera completed the Adverse Childhood Experiences (ACEs) questionnaire during the evaluation and received an ACEs score of five, indicating an elevated risk of substance abuse, mental health issues, physical health complications, and social and emotional problems. When asked to describe his childhood, Mr. Barrera stated, "I was bouncing around. I never really had a place to call home. My mom was always struggling, stepdad was always drinking, and I didn't really like school. My mom tried, she took me out to places and on trips and stuff like that. The household dynamics were stressful."

As an adult Mr. Barrera reported having experiences that have caused significant distress stating, "Coming here to Oregon when I was 18, and being 18 and not really having anything. I didn't have social cues, growing up in the juvenile system made it hard to adapt socially."

**Interpersonal Relationships**

Mr. Barrera reported being in a relationship stating, "I'm engaged, and we've been together for 3 years." He reported having 1 biological child, a daughter from a previous relationship that is 8 years old, turning 9 years old soon. Mr. Barrera has a history of engagement in peer support groups that involved attending AA meetings when he was engaged in a diversion program after being arrested for DUII. He identified his mother, fiancé, and family as his social support network and stated, "Their all really supportive and want me to stop drinking." Mr. Barrera acknowledged that he does not have an adequate support system to maintain recovery goals.

**Mental Health**
Mr. Barrera is a 29-year-old male who appears his stated age. He was oriented to person, place, time, and situation. Mr. Barrera was cooperative to the interview. He described his mood as "I feel like it is what it is, and I do the best I can. I'm doing a lot of bible study, working in the kitchen, staying busy, and doing my best." His dress was appropriate and his grooming and hygiene were average. Mr. Barrera's posture was relaxed. His affect was appropriate, his rate of speech was appropriate, and his tone was audible. Mr. Barrera's thought process was logical. His memory was average and his intelligence was estimated to be average.

He reported no history of mental health treatment or diagnosis and stated, "I've never actually had one. I wanted to get an evaluation done. I haven't got around to doing one."

He denied experiencing auditory or visual hallucinations. Mr. Barrera endorsed recent feelings of sadness, depression, loss of interest in activities he typically enjoys stating, "It comes and goes randomly, and it'll last for a few hours and then go away." He denied being hopeless about his future. He denied wanting to die or having thoughts of injuring himself or others. Mr. Barrera completed the ASQ suicide screen and is considered a negative screen at this time. He endorsed recent nervousness, worrying, and feeling he is tense and unable to relax. Mr. Barrera endorsed recent panic attacks.

**Educational/Military**
Mr. Barrera's educational history consists of attending some college needing 1 more year to complete his bachelor's degree.

He reported no history of military service.

**Employment/Financial**
Mr. Barrera's employment history has primarily consisted of mechanical and construction type jobs. Most recently Mr. Barrera was self-employed doing mechanical and construction work, as well as starting a trucking business for the past 2 years. He acknowledged that his substance use has negatively impacted his employment history and added, "Most definitely, I would sometimes start to work, and then start drinking, and then forget about the work. I would burn some bridges with customers."

**Cultural/Religious/Spiritual**
Mr. Barrera reported a cultural, religious, or spiritual affiliation stating, "I'm born-again Christian."

**Brief Biosocial Gambling Screen**
1. During the past 12 months, have you become restless, irritable, or anxious when trying to stop/cut down on gambling?

☐ Yes ☒ No

2. During the past 12 months, have you tried to keep your family or friends from knowing how much you gambled?
☐ Yes ☒ No

3. During the past 12 months did you have such financial trouble as a result of your gambling that you had to get help with living expenses from family, friends, or welfare?
☒ Yes ☐ No

**History of Treatment**

Mr. Barrera engaged in addiction treatment services in 2017 at an outpatient treatment program for DUII diversion. He reported successfully completing the program. He reported that he was arrested for DUII again this year, and that he was going to be starting the DUII related treatment program but was then arrested and incarcerated.

**Substance Use History**

**Alcohol**

Mr. Barrera first used alcohol at the age of 13. He reported regular alcohol use around the age of 18. Mr. Barrera stated, "It started when I moved out here to Oregon and felt isolated. I started drinking more and more and it slowly turned into an addiction." Over the past twelve months Mr. Barrera reported using alcohol daily stating, "I was drinking a bottle a day, then I tried to stop cold turkey, and then went to the hospital, and then started drinking wine, and then stopped again cold turkey and had hallucinations from withdrawals, and then I relapsed again to drinking beer having 5 or 6- 40-ounce beers a day." He last used alcohol around May 24th, 2025, when he entered custody. Mr. Barrera identified orally ingesting as his primary route of administration.

**Cannabis**

Mr. Barrera first used cannabis at the age of 14. He reported regular cannabis use around the age of 14. Mr. Barrera stated, "In my teenage years I smoked a lot of pot. I was on probation as a teen, and I got caught and stopped smoking. I tried it once after that and got paranoid and then just stopped." Over the past twelve months Mr. Barrera reported that he did try some CBD to help avoid drinking. He was unsure when he last used cannabis. Mr. Barrera identified smoking as his primary route of administration.

**Hallucinogens**

Mr. Barrera reported no hallucinogen use.

**Opioids**

Mr. Barrera reported no opioid use.

**Inhalants**

Mr. Barrera reported no inhalant use.

**Stimulants**
Mr. Barrera first used cocaine at the age of 14 and methamphetamine at the age of 15. He reported regular as a teenager. Mr. Barrera stated, "I used meth and cocaine as a teenager, it was experimenting with it. Now it's a social thing when I'm drunk. I use coke or meth in social settings." Over the past twelve months Mr. Barrera reported using stimulants stating, "It would happen socially when we are out drinking. I'll take a sniff of cocaine or smoke a hit of meth. It is only when I'm drunk. When I'm sober, I don't want to touch any of that". He last used stimulants around the beginning of 2025. Mr. Barrera identified smoking and snorting as his primary routes of administration.

**Sedative, Hypnotic, Anxiolytics**
Mr. Barrera reported no sedative, hypnotic, or anxiolytic use.

**Tobacco**
Mr. Barrera first used tobacco at the age of 13. Mr. Barrera stated, "In high school when I would use meth, I would be smoking cigarettes." Over the past twelve months Mr. Barrera reported using tobacco stating, "I actively started smoking cigarettes last year. I've been a pack a day". He last used tobacco the day of his arrest. Mr. Barrera identified smoking as his primary route of administration.

**Other**
Mr. Barrera reported no other use.

**DSM 5 Diagnostic Criteria**

Recurrent substance use resulting in a failure to fulfill major role obligations.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic ☐Tobacco

Recurrent substance use in situations which are physically hazardous.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic ☐Tobacco

Continued substance use despite persistent or recurrent social or interpersonal problems caused or exacerbated by the effects of the substance.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic ☐Tobacco

Tolerance: > amounts for same effect or < effect w/same amount of drug.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic ☐Tobacco

Withdrawal: Use to relieve/avoid withdrawal or withdrawal syndrome characterized by specific drug.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic ☐Tobacco

The substance is often taken in larger amounts or over a longer period than was intended.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic
☐Tobacco

There is a persistent desire or unsuccessful efforts to cut down or control substance use.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic
☐Tobacco

A great deal of time is spent in activities necessary to obtain the substance, use the substance, or recover from its effects.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic
☐Tobacco

Important social, occupational, or recreational activities are given up or reduced because of use.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic
☐Tobacco

Substance use is continued despite knowledge of having a persistent or recurrent physical or psychological problem caused by the substance.
☐Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic
☐Tobacco

Craving or strong desire or urge to use a specific substance.
☒Alcohol ☐Cannabis ☐Hallucinogens ☐Opioids ☐Inhalants ☐Stimulants ☐Sedative/Hypnotic/Anxiolytic
☐Tobacco

## DSM 5 Substance Use Disorder Diagnosis

Alcohol use disorder, severe

## ASAM Placement Criteria

### Dimension 1 Acute Intoxication and/or Withdrawal Potential

Mr. Barrera reported no current signs or symptoms of withdrawal. He reported a history of increased use to feel the same effects of alcohol indicating tolerance. He denied a history of overdose. No signs of withdrawal or intoxication present.

Risk Rating: None (0): Fully functioning, no signs of intoxication or withdrawal present.

Level of Care: No service as evidenced by there is no recent use or indication of acute intoxication or withdrawal problems.

### Dimension 2: Biomedical Conditions and Complications

Mr. Barrera reported no current biomedical conditions or complications. He reported that he does not have a primary care physician who manages medical concerns. He reported no current prescription medications. Mr. Barrera reported current sleep disturbances including difficulty falling asleep, staying asleep, and denied night terrors. Mr. Barrera reported no

history of significant illnesses or hospitalizations. Mr. Barrera reported no physical illnesses that need to be addressed or that may complicate treatment. No immediate biomedical services, except for long-term monitoring, are needed.

Risk Rating: None (0): Fully functioning and able to cope with any physical discomfort or pain.

Level of Care: Level 3.5- Residential treatment services as evidenced by biomedical problems, if any, are stable and do not require 24-hour medical or nurse monitoring; client is capable of self-administering any prescribed medications.

**Dimension 3: Emotional, Behavioral, or Cognitive Conditions and Complications**
Mr. Barrera denied a history of mental health diagnosis. He denied having a mental health care provider. Mr. Barrera described his current mental health symptoms as stable with out medication. He reported that his mental health symptoms are made worse by substance use.

Risk Rating: High (3): Poor ability to control impulses, lack of coping skills to control harm to self-and/or others.

Level of Care: Level 3.5- Residential treatment service as evidenced by mental status is sufficiently stable to permit patient to participate in the therapeutic interventions provided at this level of care and to benefit from treatment; and demonstrates repeated inability to control impulses to use alcohol and/or other drugs and/or social behaviors, with attendant probability of imminent danger.

**Dimension 4: Readiness to Change**
Mr. Barrera reported a history of addiction treatment. He indicated that treatment was helpful and added, "It was ok. The AA meetings were ok. I feel like in-patient would have been better. There were people in the treatment program that didn't want to be there, and it felt like they didn't want the help."

Mr. Barrera reported that his employment history, school, mental health, hobbies and recreational interests, enjoyment of activities, legal involvement, finances, interpersonal relationships, self-esteem, physical health, and self-care have been negatively impacted by his substance use. He believes changing substance use behaviors could improve the above identified aspects of his life. Mr. Barrera believes he needs treatment to cope with mental health and addiction symptoms to make positive changes. He rated his addiction problems as severe. When asked about his motivation to engage in addiction treatment Mr. Barrera responded, "Seeing my fiancé in the ICU dealing with cirrhosis, that broke that my heart. Seeing how alcohol has affected her. Having my daughter take alcohol away from me. My daughter doesn't want to be around me. People don't want to be around me when I'm drinking. I've been burning all my bridges." Based on interview observation Mr. Barrera is exhibiting the preperation stage of change.

Risk Rating: Low (1): Willing and able to explore change.

Level of Care: Level 3.5- Residential treatment service as evidenced by intensity and chronicity of addictive disorder or mental health problems, client has limited insight and awareness of the need for continuing care or existence of substance use or mental health problem and need for treatment, thus limited readiness to change.

**Dimension 5: Relapse, Continued Use, or Continued Problem Potential**
When asked to describe his relapse triggers Mr. Barrera stated, "Certain music will trigger me. I think I have social anxiety from being incarcerated, and not having social cues, and being in groups of people I have social anxiety. When I get anxiety, I'll drink to calm down. After work was a big one." He was not able to identify relapse prevention coping skills.

Regarding his past relapses, he demonstrated limited insight. Mr. Barrera reported a limited ability to maintain abstinence outside of a controlled environment. He demonstrated a limited understanding of skills to cope with his addictive disorder and mental health problems.

Risk Rating: High (3): Little ability to recognize relapse signs, poor coping skills to avoid relapse.

Level of Care: Level 3.5- Residential treatment services as evidenced by being in imminent danger of relapse or continued use, with dangerous emotional, behavioral, or cognitive consequences, as a result of a crisis situation.

**Dimension 6: Recovery Environment/Living Environment**
Mr. Barrera reported initial involvement in the legal system dating back to the age of 13.

Mr. Barrera reported living on his own in Estacada, Oregon prior to his most recent arrest.

Mr. Barrera reported having high-risk contacts that have jeopardized recovery efforts and indicated that his social network includes contacts who are regular users of alcohol and stimulants including cocaine and methamphetamine.

Risk Rating: Moderate (2): Non-supportive environment, client can cope with clinical help.

Level of Care: Level 3.5- Residential treatment services as evidenced by social network characterized by significant social isolation or withdrawal, such that recovery goals are inconsistently unachievable at a less intensive level of care.

**Treatment Recommendation**
Mr. Barrera meets criteria for alcohol use disorder, severe. He endorsed daily cravings that have led to preoccupation with using alcohol. Mr. Barrera was unable to verbalize any ways to

manage cravings and acknowledged that he was not able to avoid relapse. He demonstrates a pattern of problematic use despite experiencing numerous negative consequences including loss of family support, incarceration, and an inability to maintain employment, evidence of loss of control. Regarding his addiction and mental health problems he demonstrated appropriate insight. His judgment and impulse control are assessed as adequate. Mr. Barrera meets the American Society of Addiction Medicine, The ASAM Criteria: Treatment Criteria for Addictive, Substance-Related, and Co-Occurring Conditions, 3rd Edition for Level 3.5-Residential Treatment Services.

Mr. Barrera shared being motivated to abstain from substance use and having a willingness to engage in residential treatment services. Mr. Barrera is assessed as being at imminent risk of returning to substance use with dangerous consequences to self and others including driving under the influence of intoxicants, experiencing black outs, and experiencing withdrawals associated with alcohol use that can be lethal. Engagement in residential treatment services for Mr. Barrera will promote the recovery process by providing 24-hour structured support and monitoring. He will be able to gain skills to cope with difficult emotional states and manage cravings for substance use.

Collin Wright
Collin Wright, LCSW, CADC II

7/19/2025
Date

# AFTER VISIT SUMMARY

LEGACY HEALTH

**Anthony Barrera** MRN: 7000333609 DoB: 7/27/1995

4/12/2025 Legacy Mount Hood Emergency Department 503-674-1400

## Instructions

Your personalized instructions can be found at the end of this document.

Your medications have changed

START taking:
**chlordiazePOXIDE** (LIBRIUM)

**Review your updated medication list below.**

Pick up these medications at Hi School Pharmacy Estacada Bolger - Estacada, OR - 207 S. Broadway

chlordiazePOXIDE

Address: 207 S. Broadway, Estacada OR 97023
Phone: 503-630-3266

## What's Next

You currently have no upcoming appointments scheduled.

## Medications You Will Be Given

JAN 25 2019 — LET (lidocaine-epinephrine-tetracaine)
Next due Friday January 25 (Overdue)
Expected: once (1 dose remaining)

JAN 25 2019 — bupivacaine (MARCAINE)
Next due Friday January 25 (Overdue)
Expected: once (1 dose remaining)

## Today's Visit

You were seen by Sara B Howard

Reason for Visit
- Withdrawal
- Palpitations

Diagnosis
Alcohol withdrawal syndrome without complication

Lab Tests Completed
- CBC with Auto Differential
- Comprehensive Metabolic Panel
- Ethanol Level
- Lipase Level
- Magnesium Level
- Phosphorus Level
- Troponin I Level

Imaging Tests
- EKG 12 Lead

Medications Given
- Prenatal Vit27&Calcium-Iron-FA Last given at 8:27 PM
- thiamine Last given at 8:27 PM

Blood Pressure
126/83

Temperature (Temporal)
98.9 °F

Pulse
78

Respiration
20

Oxygen Saturation
99%

# Your Medication List

## TAKE these medications

START **chlordiazePOXIDE** 5 mg capsule
Commonly known as: LIBRIUM

Take 5 capsules (25 mg total) by mouth 3 times daily as needed (withdrawal symptoms)

## ASK your doctor about these medications

ASK **erythromycin** 5 mg/gram (0.5 %) ophthalmic ointment
Commonly known as: ILOTYCIN

Place into the right eye every 6 hours

ASK **hydrOXYzine** 25 mg capsule
Commonly known as: VISTARIL

Take 1 capsule (25 mg total) by mouth 3 times daily as needed for Anxiety

ASK **NYQUIL ORAL**

MyHealth
Powered by Legacy Health

View your After Visit Summary and more online at **https://myhealth.lhs.org/myhealth/.**

## Information on Finding a PCP

We recommend you follow up with a primary care provider. If you do not already have a primary care provider please contact your insurance provider (using the member services number on the back of your insurance card). You can visit the Legacy Doctors & Locations website: https://www.legacyhealth.org/doctors-and-locations to find a provider who is taking new patients, or you can call a community resource:

- Multnomah County Clinics: 503-938-333
- Coalition of Community Health Clinics: 503-546-4991
- Oregon SafeNet Medical Information and Referral: 800-723-3638

**Care after your visit**

You should follow up with your regular doctor after your Emergency Room (ER) visit. Let your doctor know about changes in your health and medications. The ER is a place to help provide emergency care but should not replace the ongoing care of your regular doctor.

It is common to be discharged from the ER before all test results are final. At times, a test may show abnormal (not normal) results that may need more evaluation, tests, or care. These results may not be related to the reason for your ER visit.

You should share and review your test results with your regular doctor.

**Your future care needs**

Choosing between a doctor's office, urgent care, or hospital emergency room can be hard when you are sick or hurt.

Not sure where to go for care? Call a nurse help line. If you have insurance, look at your insurance card or web site for the phone number. You can also go online to Legacy's web site to view a symptoms list and recommended place to go for care.
Visit Legacy's web site: https://www.legacyhealth.org/health-services-and-information/health-resources.aspx

- Not sure where to go for Urgent Care? Legacy offers fast and convenient urgent care at many locations near you. Urgent Care is a good option for when your doctor's office is closed and you need immediate care.
  Schedule a visit online: https://www.legacyhealth.org/urgentcare

- Is your illness or injury serious? You may need emergency care at a hospital. If you are having chest pain, symptoms of a stroke, or signs of another serious injury or illness call 911.

**What if you have medication questions?**

Your medication instructions (shown above) are only for your new medications or changes to medications you were taking before this visit. Please contact the doctor who prescribed your medication if you have questions about your other home medications.

**Practice medication safety.**

Tell your doctor about your new or changed medications.
You should have your medication information with you at all times in case of an emergency

# MyHealth Results Information

When lab results, imaging reports and notes are ready, they will be available in MyHealth. This means you may see your results before your care team or provider. Some results are easier to understand, and others may be more confusing. An abnormal result does not always mean a serious problem. All results are reviewed. We will contact you if there are concerns with your results. If you have urgent questions or do not hear from your care team within 3 business days, you may contact them.

Pt Discharge Instructions

# Instructions

**FORA HEALTH**
**Address**
**10230 SE Cherry Blossom Dr.**
**Portland, OR 97216**
**Phone**
**(503) 535-1151**
**Admissions Fax**
**(503) 535-1163**
**Outpatient Fax**
**(503) 535-1192**

**OPEN ACCESS DETOX**
FORA Health has developed a new Open Access process for people seeking A&D treatment services. Our goal is to meet people where they are and provide same day access to begin treatment services. We understand the importance of engaging people at the point when they are ready to get help; to hesitate is to potentially lose them back into their addiction.

People seeking treatment should come directly to our SE Portland facility, located at **10230 SE Cherry Blossom Dr Portland, OR 97216** during the hours of 8:00 am and 3:00 pm, Monday through Saturday (Saturday assessments are reserved for OHP/Healthshare members). Each individual seeking treatment will be assessed on a first come, first served basis and placed into the appropriate level of care which could be detox or residential or outpatient services.

Following the initial assessment:

If an individual meets criteria for Medical Detox, a full assessment will not be completed initially; instead a medical detox screening will be completed and evaluated by medical staff for approval. If medically approved:
• Individuals will be prioritized for admission depending on bed availability

• If the individual/referent knows medical detox is necessary, the person should arrive by 11:00 am for a screening. If they are approved and a medical detox bed is available, they will be prioritized for admission. Otherwise, they will be given a tentative medical detox appointment based on estimated bed availability.

If an individual meets criteria for Residential treatment and chooses to begin services:
• The individual will be prioritized for admit based on bed availability. And the individual must be willing to engage in alternate treatment services such as day treatment, outpatient, and or peer mentoring until a bed is available
• When a bed is available: individuals will be scheduled for an intake appointment with an admissions counselor. Please note that people must have a 30 day supply of all prescriptions in order to enter residential services.

If an individual meets criteria for Outpatient and chooses to begin services:
• The assessing counselor will develop a treatment plan with the individual, assign them an Outpatient Counselor, review the treatment schedule and help them choose treatment classes. The assessing counselor will also help them schedule an appointment for their first 1:1 session with their Outpatient counselor.

For questions, please call 503.535.1151 or email info@forahealth.org. We appreciate your support as we work to continuously improve our processes so that we can help as many people as possible access treatment services.

---

## Access Center for CODA Inc Services such as Detox, Residential, Outpatient Substance Use Disorder Treatments

**1-855-733-2632**

---

## CODA Clackamas Recovery Center Outpatient

**10822 SE 82nd Ave. Suite K**
**Happy Valley, OR 97086**
**503-654-7444**

---

## HOOPER DETOX

503-238-2067
1535 North Williams Ave., Portland, OR 97227
Must arrive before 7:45 am
http://www.centralcityconcern.org/changing-lives/hooper-detoxification-center.html

To access Hooper Center services, patients are urged to arrive (1535 North Williams, Portland) at 6:45 a.m. (Monday-Friday) for triage, which begins at 7:50 a.m. Hooper Center is often unable to admit every individual seeking treatment on a given day. Admission nurses inform individuals of other options that may include returning the following morning. Providers may use our referral form to speed the process. Acupuncture required during stay. Oregon Residency required- they can help walk people through how to get PO box or address at TPI. If someone is not selected they are on the list for the following day and have priority until a bed opens up.

Hooper does not detox from Benzos or Methadone.

---

## Lifeline Connections Mental Health and Substance use treatment

Vancouver, WA

When you call on us for help, either for yourself or on behalf of a loved one, you'll need the following information:

- Name and relationship to client

- Client date of birth, phone number and address
- Insurance company information: primary policy holder name, policy number and company phone number

**Phone: 360-397-8246 ext. 7580**

---

## Sandy Behavioral Health Center

**38872 Proctor Blvd., Sandy, OR 97055 map | (503) 722-6950**

**Call (503) 722-6950 to make an appointment today!**

**Open Monday - Thursday 8 a.m. - 6:30 p.m.**

### Mental Health & Addiction Services

Your health matters here! The Sandy Behavioral Health Center offers a variety of outpatient counseling and treatment services for both mental health and drug and alcohol issues.

---

## Clackamas County Mental Health Center Crisis and Urgent Walk-in Services

If you are having a mental health emergency, call our crisis line at **503-655-8585.**

Clackamas County Mental Health Crisis Center provides a supportive place where people in crisis can talk to a counselor or peer service provider for information, resources, treatment, and support. Urgent Walk In Clinic offers crisis stabilization services including peer support, case management, assistance with health insurance enrollment, crisis intake assessment, referral to medical services, and general education. Riverstone also has a partnership with the Clackamas County Sheriff's Office, offers mental health and addictions services for inmates released from jail, and is a member of the Psychiatric Security Review Board.

**All services can be accessed by calling the 24-hour crisis line at 503-655-8585 or by visiting during business hours.**

Clackamas County Mental Health and Crisis Services seek to provide a trauma-informed environment that supports and values:

- Easy access to help, regardless of ability to pay.
- Culturally responsive services in a safe environment.
- Respect for individual choice and autonomy.
- Care for the whole person.
- The power of recovery and hope.

- *Trusting community partnerships.*

**Hours**
The walk-in clinic is open seven days a week, from 9 a.m. to 8 p.m., Monday thru Friday and from 10 a.m. to 7 p.m. on Saturday.

**Location**
**Clackamas County Urgent and Mental Health Crisis Center** is located in the Ross Center near Clackamas Town Center & across from Winco at 11211 SE 82nd Avenue, Suite O, Happy Valley, 97086.

# AFTER VISIT SUMMARY

LEGACY HEALTH

**Anthony Barrera** MRN: 7000333609 DoB: 7/27/1995

3/23/2025 Legacy Mount Hood Emergency Department 503-674-1400

## Instructions

Your medications have changed

START taking:
**cephALEXin** (KEFLEX)
**erythromycin** (ILOTYCIN)

**Review your updated medication list below.**

Read the attached information
Stye (English)

Pick up these medications at Hi School Pharmacy Estacada Bolger - Estacada, OR - 207 S. Broadway

- cephALEXin
Your estimated payment per fill: $0
- erythromycin
Your estimated payment per fill: $0

Address: 207 S. Broadway, Estacada OR 97023
Phone: 503-630-3266

Follow up with Legacy Mount Hood Emergency Department
Why: If symptoms worsen
Specialty: Emergency Medicine
Contact: 24800 Se Stark St
Gresham Oregon 97030-3378
503-674-1400

## Today's Visit

You were seen by Melanie A Parker, MD

Reason for Visit
Stye

Diagnosis
Hordeolum externum right upper eyelid

Blood Pressure
115/73

Temperature
97.8 °F

Pulse
104

Respiration
18

Oxygen Saturation
98%

## What's Next

You currently have no upcoming appointments scheduled.

## Medications You Will Be Given

JAN 25 2019 — LET (lidocaine-epinephrine-tetracaine)
Next due Friday January 25 (Overdue)
Expected: once (1 dose remaining)

JAN 25 2019 — bupivacaine (MARCAINE)
Next due Friday January 25 (Overdue)
Expected: once (1 dose remaining)

MyHealth

View your After Visit Summary and more online at https://myhealth.lhs.org/myhealth/.

# Your Medication List

## TAKE these medications

START **cephALEXin** 500 mg capsule
Commonly known as: KEFLEX
Take 1 capsule (500 mg total) by mouth 4 times daily for 10 days

START **erythromycin** 5 mg/gram (0.5 %) ophthalmic ointment
Commonly known as: ILOTYCIN
Place into the right eye every 6 hours

## ASK your doctor about these medications

ASK **hydrOXYzine** 25 mg capsule
Commonly known as: VISTARIL
Take 1 capsule (25 mg total) by mouth 3 times daily as needed for Anxiety

ASK NYQUIL ORAL

## Information on Finding a PCP

We recommend you follow up with a primary care provider. If you do not already have a primary care provider please contact your insurance provider (using the member services number on the back of your insurance card). You can visit the Legacy Doctors & Locations website: https://www.legacyhealth.org/doctors-and-locations to find a provider who is taking new patients, or you can call a community resource:

- Multnomah County Clinics: 503-938-333
- Coalition of Community Health Clinics: 503-546-4991
- Oregon SafeNet Medical Information and Referral: 800-723-3638

**Care after your visit**

You should follow up with your regular doctor after your Emergency Room (ER) visit. Let your doctor know about changes in your health and medications. The ER is a place to help provide emergency care but should not replace the ongoing care of your regular doctor.

It is common to be discharged from the ER before all test results are final. At times, a test may show abnormal (not normal) results that may need more evaluation, tests, or care. These results may not be related to the reason for your ER visit.

You should share and review your test results with your regular doctor.

**Your future care needs**

Choosing between a doctor's office, urgent care, or hospital emergency room can be hard when you are sick or hurt.

Not sure where to go for care? Call a nurse help line. If you have insurance, look at your insurance card or web site for the phone number. You can also go online to Legacy's web site to view a symptoms list and recommended place to go for care.
Visit Legacy's web site: https://www.legacyhealth.org/health-services-and-information/health-resources.aspx

- Not sure where to go for Urgent Care? Legacy offers fast and convenient urgent care at many locations near you. Urgent Care is a good option for when your doctor's office is closed and you need immediate care. Schedule a visit online: https://www.legacyhealth.org/urgentcare

- Is your illness or injury serious? You may need emergency care at a hospital. If you are having chest pain, symptoms of a stroke, or signs of another serious injury or illness call 911.

**What if you have medication questions?**

Your medication instructions (shown above) are only for your new medications or changes to medications you were taking before this visit. Please contact the doctor who prescribed your medication if you have questions about your other home medications.

**Practice medication safety.**

Tell your doctor about your new or changed medications.
You should have your medication information with you at all times in case of an emergency

# MyHealth Results Information

When lab results, imaging reports and notes are ready, they will be available in MyHealth. This means you may see your results before your care team or provider. Some results are easier to understand, and others may be more confusing. An abnormal result does not always mean a serious problem. All results are reviewed. We will contact you if there are concerns with your results. If you have urgent questions or do not hear from your care team within 3 business days, you may contact them.

Pt Discharge Instructions

# Stye

A stye is when the oil gland of the eyelid becomes inflamed. It may develop into an infection with a small pocket of pus (an abscess). This can cause pain, redness, and swelling. In early stages, a stye is treated with antibiotic ointment, eye drops, or a small towel soaked in warm water (a warm compress). More severe cases may need to be opened and drained by an eye specialist.

**Home care**

- Apply a warm, damp towel to the affected area for at least 5 minutes, 3 to 4 times a day for a week. Warm compresses open the pores and speed the healing. Make sure the compresses are not too hot, because they may burn your eyelid.
- Eye drops or ointment are often prescribed to treat the infection. Use these as directed.
- Artificial tears may also be used to lubricate the eye and make it more comfortable. You can buy these over the counter without a prescription. Talk with your healthcare provider before using any over-the-counter treatment for a stye.
- Sometimes the stye will drain with just the warm compresses. If this happens, keep using the antibiotic drops or ointment until all the redness and swelling are gone, or as directed by your healthcare provider.
- Wash your hands before and after touching the infected eyelid.
- Don't squeeze or try to break open the stye.

**Follow-up care**

Follow up with your healthcare provider, or as advised.

**When to get medical advice**

Call your healthcare provider right away if any of the following occur:

- Swelling or redness around the eyelid gets worse after 48 to 72 hours
- Eye pain gets worse
- The eyelid feels hot
- Blood or thick pus drains from the stye
- Blister on the eyelid
- You can't open the eyelid because of swelling
- Fever of 100.4°F (38°C) or above, or as directed by your healthcare provider
- Vision changes
- Headache or stiff neck
- The stye comes back

**StayWell last reviewed this educational content on** 12/1/2022

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# AFTER VISIT SUMMARY

LEGACY HEALTH

**Anthony Barrera** MRN: 7000333609 DoB: 7/27/1995

3/2/2025 Legacy Mount Hood Emergency Department 503-674-1400

## Instructions

It was a pleasure to see you today. Thank you for your patience with our extended wait times. Your care is important to me.

You have been diagnosed with:

1. **Anxiety**
2. Alcohol use disorder
3. Anemia, unspecified type

**New Prescriptions**

| | |
|---|---|
| HYDROXYZINE (VISTARIL) 25 MG CAPSULE | Take 1 capsule (25 mg total) by mouth 3 times daily as needed for Anxiety |

Letting you go home from the emergency department is not the same as saying nothing is wrong. Based on your evaluation today, I do not see anything else that requires emergency treatment at this time. However, if things change, we would much rather see you again than miss something.

Please take all medications as prescribed and follow up as discussed. Hope you feel better soon!

Sara Howard, PA-C

### Your medications have changed

START taking:
**hydrOXYzine** (VISTARIL)

**Review your updated medication list below.**

### Read the attached information

1. Myths and Facts, Alcoholism (English)
2. Alcoholism, Understanding (English)
3. Addiction, Signs of: Social Use (English)
4. Alcohol Abuse, Life After Combat: Coping with (English)
5. Anxiety, Your Body's Response to (English)

## Today's Visit

You were seen by Sara B Howard

Reason for Visit
Delirium Tremens (DTS)

Diagnoses

- Anxiety
- Alcohol use disorder
- Anemia, unspecified type

### Lab Tests Completed

CBC with Auto Differential
Comprehensive Metabolic Panel
Ethanol Level
Magnesium Level
Phosphorus Level
Troponin I Level

### Imaging Tests

EKG 12 Lead

### Medications Given

ondansetron (ZOFRAN) Last given at 11:41 PM

Prenatal Vit27&Calcium-Iron-FA Last given at 11:41 PM

thiamine Last given at 11:41 PM

Blood Pressure 113/74

Temperature (Temporal) 97.7 °F

Pulse 72

Respiration 18

Oxygen Saturation 100%

Pick up these medications at SAVON PHARMACY #564 - PORTLAND, OR - 451 NE 181ST AVE

- **hydrOXYzine**

Your estimated payment per fill: **$0**

Address: 451 NE 181ST AVE, PORTLAND OR 97230
Phone: 503-667-9878

Schedule an appointment with Legacy Medical Group—Mount Hood, a department of Legacy Mount Hood Medical Center as soon as possible for a visit
Why: **As needed**
Specialty: **Internal Medicine**
Contact: **24988 Se Stark St**
**Ste 220**
**Gresham Oregon 97030-8324**
**503-674-1580**

# What's Next

You currently have no upcoming appointments scheduled.

# Medications You Will Be Given

JAN 25 2019
LET (lidocaine-epinephrine-tetracaine)
**Next due Friday January 25 (Overdue)**
**Expected: once** (1 dose remaining)

JAN 25 2019
bupivacaine (MARCAINE)
**Next due Friday January 25 (Overdue)**
**Expected: once** (1 dose remaining)

# Your Medication List

## TAKE these medications

START

**hydrOXYzine** 25 mg capsule
Commonly known as: VISTARIL

Take 1 capsule (25 mg total) by mouth 3 times daily as needed for Anxiety

## ASK your doctor about these medications

ASK

NYQUIL ORAL

View your After Visit Summary and more online at **https://myhealth.lhs.org/myhealth/.**

## Information on Finding a PCP

We recommend you follow up with a primary care provider. If you do not already have a primary care provider please contact your insurance provider (using the member services number on the back of your insurance card). You can visit the Legacy Doctors & Locations website: https://www.legacyhealth.org/doctors-and-locations to find a provider who is taking new patients, or you can call a community resource:

- Multnomah County Clinics: 503-938-333
- Coalition of Community Health Clinics: 503-546-4991
- Oregon SafeNet Medical Information and Referral: 800-723-3638

**Care after your visit**

You should follow up with your regular doctor after your Emergency Room (ER) visit. Let your doctor know about changes in your health and medications. The ER is a place to help provide emergency care but should not replace the ongoing care of your regular doctor.

It is common to be discharged from the ER before all test results are final. At times, a test may show abnormal (not normal) results that may need more evaluation, tests, or care. These results may not be related to the reason for your ER visit.

You should share and review your test results with your regular doctor.

**Your future care needs**

Choosing between a doctor's office, urgent care, or hospital emergency room can be hard when you are sick or hurt.

Not sure where to go for care? Call a nurse help line. If you have insurance, look at your insurance card or web site for the phone number. You can also go online to Legacy's web site to view a symptoms list and recommended place to go for care.
Visit Legacy's web site: https://www.legacyhealth.org/health-services-and-information/health-resources.aspx

- Not sure where to go for Urgent Care? Legacy offers fast and convenient urgent care at many locations near you. Urgent Care is a good option for when your doctor's office is closed and you need immediate care.
  Schedule a visit online: https://www.legacyhealth.org/urgentcare

- Is your illness or injury serious? You may need emergency care at a hospital. If you are having chest pain, symptoms of a stroke, or signs of another serious injury or illness call 911.

**What if you have medication questions?**

Your medication instructions (shown above) are only for your new medications or changes to medications you were taking before this visit. Please contact the doctor who prescribed your medication if you have questions about your other home medications.

**Practice medication safety.**

Tell your doctor about your new or changed medications.
You should have your medication information with you at all times in case of an emergency

## MyHealth Results Information

When lab results, imaging reports and notes are ready, they will be available in MyHealth. This means you may see your results before your care team or provider. Some results are easier to understand, and others may be more confusing. An abnormal result does not always mean a serious problem. All results are reviewed. We will contact you if there are concerns with your results. If you have urgent questions or do not hear from your care team within 3 business days, you may contact them.

Pt Discharge Instructions

## Alcohol Use Disorder: Myths and Facts

Alcohol use disorder (AUD) is a medical condition in which a person is dependent on a drug—alcohol. AUD also includes a level of abuse called alcoholism. The disease can harm a person's physical and mental health. It can also affect their behavior. AUD isn't a character flaw. It's not a moral failure. Untreated, it's a disease that gets worse over time. Untreated, it can also lead to brain damage and death. Recovery is possible if drinking is stopped.

Most of us believe things about AUD that aren't really true. This keeps us from thinking clearly. It keeps us from seeing AUD in our families and friends, or at our jobs. It's important to cut through the AUD myths and learn the facts. Then we can see AUD—and do something about it.

**Myth: But she's not always drunk.**

Fact: Most people with AUD aren't always drunk. But it's what happens when they do drink that matters.

**Myth: But he has such a nice family.**

Fact: A person with AUD can have a nice family. And most people with AUD can take care of their families for a long time.

**Myth: But she doesn't look like a person with AUD.**

Fact: People with AUD don't look a certain way. And many people with AUD take great care with how they look. They don't want other people to think they're alcoholics.

**Myth: But he only drinks beer.**

Fact: Alcohol is alcohol. A can of beer equals a shot of whiskey. Or a glass of wine.

**Myth: He makes it to work every day. So he can't be an alcoholic.**

Fact: Many people with AUD rarely miss work. They may be hung over. But they still show up.

**Myth: But he comes from such a good background.**

Fact: AUD can happen to anyone. Family background, social position, and income don't matter.

**Myth: But he has a good job.**

Fact: Most people with AUD have jobs. And most are responsible people. Many are professionals and executives.

**Myth: She's too nice to have AUD**

Fact: Many people with AUD are good people. There's no such thing as an AUD personality. But a person's behavior can change after drinking.

**Myth: But I never see her drink.**

Fact: People with AUD often keep their drinking habits secret. They often hide this from people at work.

**Myth: People with AUD are all bums.**

Fact: Most people with AUD are ordinary, decent people.

**StayWell last reviewed this educational content on** 9/1/2023

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Understanding Alcohol Use Disorder (AUD)

Alcohol use disorder (AUD) is a disabling pattern of alcohol use with high rates of physical and emotional problems. Some of these include:

- Problems controlling drinking
- Always thinking about drinking
- Continuing to use alcohol even when it causes physical, emotional, social, and money problems
- Needing to drink more alcohol to get the same effect
- Having withdrawal symptoms when drinking is stopped

It's a disease in which a person is dependent on a drug—alcohol. AUD can be mild, moderate, or severe. But even a mild disorder can lead to problems. In the past, AUD was called alcohol abuse or alcoholism. AUD can harm a person's physical and mental health. It can also affect their behavior. And it can negatively impact personal and family relationships. AUD isn't a character flaw or a moral failure. It should be treated as a medical condition. It is best treated with a combination of behavioral change, support, and medicines. Relapses can occur. They are part of the disease.

**Effects of AUD**

**Behavioral effects**

Drinking is the main behavior of people with AUD. They develop a private relationship with drinking. They guard it. They give it their time, money, and focus. This may happen at the expense of family and friends. They lie for it and think about it all the time. They may risk losing their families for it. They may risk their lives for it. Despite the harm it causes, they can't control the drinking.

**Health risks**

People with AUD are at high risk for health problems. These include heart disease and cancer. They also include mental illness. People with the disease may not heal from illness normally. Unless drinking is stopped, it can cause death. Death may result from organ failure, cancer, or common viruses. Death may also result from accidents or suicide.

**Physical effects**

Alcohol can be like a poison to the body. It kills cells. Heavy drinking over a long time can greatly harm the body's organs. These can include the brain, heart, liver, and pancreas. Chronic drinking also harms the digestive tract. It can make the blood thin and unable to clot. This causes bruising and even fatal bleeding. It harms the immune system as well. This leaves the body at risk for serious disease.

**Psychological effects**

AUD can lead to a type of distorted thinking. One of the most common forms of this is denial. This is when the person denies that drinking is a problem. They may deny that any of the problems in their life are caused by drinking. They may blame others for problems they have.

**StayWell last reviewed this educational content on** 9/1/2023

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Signs of Addiction: Social Use

Not everyone who takes a drink or tries a drug has a substance use problem. But for some people, what starts as social use can lead to problem use and then addiction. This is called a substance use disorder. Some people can have a drink or use another substance and then stop. They don't think about drinking or using again for a while. For some, this will never lead to heavier use. For others, it may.

**You can take it or leave it**

- You have a drink at a party or a glass of wine with dinner.
- You tried an illegal drug a few times. But you're not interested in using it again and again.
- You take medicines only when needed and only as directed.
- You don't think about using again or plan the next time you'll use.

**Using is still a choice**

A social user can choose to say yes or no any time. This person is in control of their substance use. Think about these statements:

- I can put down a drink without finishing it.
- I can enjoy myself at a social event without using.
- I can go without using or thinking about using.

If this describes you, you're most likely a social user. But ask yourself, can you really take it or leave it? You might try for a few weeks or even a month. If you find it hard or you just can't do it, maybe you need to think about your use again.

It's important to know that substance used disorders are considered complex, treatable, medical conditions. Current prevention and treatment interventions for substance use disorders are as successful as those used for other chronic conditions.

**StayWell last reviewed this educational content on** 7/1/2022

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Life After Combat: Copin with Alcohol Abuse

Many people drink to relax and unwind. Alcohol can briefly relieve stress and help you forget your problems. In fact, it's common to turn to alcohol to deal with the stress of being deployed and in combat. Your drinking habits may have changed while you were deployed. Or maybe you're drinking more now as you adjust to being home. As long as you stay in control, there may be nothing wrong with having a drink to enjoy yourself and bond with friends every now and again. But when you start to lose control of your drinking, alcohol use turns into misuse or an alcohol use disorder. You may also hear this called alcohol abuse. This can cause major problems in your life and your relationships. This sheet will help you see if you have a problem. It will also give you strategies to regain control over your drinking.

**Does this sound like you?**

These questions can help you take a closer look at your drinking:

- Are you drinking more than you want to? Have you ever thought you should cut down?
- Do you feel annoyed when people criticize or comment on your drinking?
- Have you ever felt embarrassed or guilty about your drinking?
- Have you ever had a drink first thing in the morning?
- Has your drinking gotten you into trouble at work or at home?
- Do you hide your drinking from friends and family?

If you answered yes to one or more of these questions, it's time to make a change.

**How an alcohol problem develops**

Not everyone who drinks has a problem. But for some people, what starts as social use can lead to abuse and then addiction. Can you see yourself in any of these stages?

- **Social use—you can take it or leave it.** You may have a drink at a party. Or a glass of wine with dinner. You're able to put down a drink without finishing it. And you can enjoy yourself at a social event without drinking. You can choose to say yes or no to a drink at any time.
- **Abuse—you're drinking more than you used to.** Drinking becomes a problem when you begin to lose control. You need to drink more to get the same feeling. You may choose to drink instead of spending time with your family. You may drink just to get drunk. Or you drink so much that you black out. Money, job, or relationship problems start. You may try to stop drinking and find that you can't.
- **Addiction—you've become dependent.** You have little or no control over your drinking. Alcohol is controlling you. You feel like you can't get along without it. You plan your activities around drinking. You feel angry or anxious if you can't drink.

**How problem drinking affects your life**

An alcohol problem doesn't only hurt you. It also hurts the people who care about you. You may have a great time spending a night out with your buddies. But how does your spouse react when you come home late and drunk? When you drink, do you behave in ways that scare your children or push away your friends? Would you rather drink alone than play with your children or talk to your spouse? Has drinking or being hungover made it hard to keep your job? Have you ever driven while drunk? You may think you have drinking under control. But if alcohol is causing these types of problems, you don't.

And the problems will only get worse unless you make a change.

It takes courage and honesty to admit you're abusing alcohol. Once you do, there are many programs and people who can help you regain control.

**Are you self-medicating?**

Drinking is a way to escape life's problems. People returning from combat have a unique set of problems that they may try to escape. Many people drink before bed to help them sleep. Or you could be drinking to ease the pain caused by post-traumatic stress disorder (PTSD), anxiety, depression, or other mental or physical health issues. If you have been diagnosed with a condition that's related to your drinking, get treatment. If you haven't, talk with your healthcare provider about any symptoms you have. Or any issues you're trying to work through on your own. Addressing the reason for your drinking can help you regain control.

**Make changes to regain control of your drinking**

By changing how you think about and use alcohol, problem drinking can sometimes be brought under control. Making changes now may help prevent you from developing an addiction (also known as alcohol dependence). Programs and resources are available to help you make these changes. Talk with your healthcare provider or someone at the Department of Veterans Affairs about your options. Visit MentalHealth.gov or the Veterans Crisis Line at www.veteranscrisisline.net to reach caring, qualified responders. The Veterans Crisis Line is confidential and available every day online or at 800-273-8255, option 1. You can also text 838255 for support.

Steps to bring your drinking under control may include:

- **Setting goals for your drinking.** For example, you may set a goal to have no more than 1 or 2 drinks per day. Or to drink no more than 3 days a week. Reward yourself for meeting these goals—but not with alcohol!
- **Identifying when you drink.** Make a list of situations that make you want a drink. Then come up with new ways to handle them that don't mean drinking alcohol. Or stay away from these situations altogether.
- **Not drinking for a set amount of time.** This doesn't mean you need to stop forever. But take some time off—maybe 30 days—and see how you feel. Your views on alcohol may change during this time.
- **Learning to drink in moderation.** Many people can enjoy alcohol without getting smashed. Drinking in moderation includes keeping track of how many drinks you've had. It means slowing down so you don't have so many in a row. It means refusing drinks when you've had enough or when you're taking a break. And it means eating before or while drinking so you don't get as drunk.
- **Drinking responsibly.** When you do choose to drink, don't put yourself or others at risk. Driving drunk or getting into fights are two examples of how drinking can turn dangerous. Responsible drinking means staying aware of how buzzed you are. It also means getting out of a situation before it turns bad.

**Further treatment**

Some people choose to control their drinking by quitting completely (abstinence). There are many types of programs to help you do this. All offer some kind of counseling. Some include medical treatment. Treatment for alcohol addiction is often done in a group setting. But it can also be one-on-one. It can include the following:

- Counseling involves meeting with a trained professional to talk about your drinking. You'll learn to cope with your drinking problem. This can help you limit or quit drinking.
- Twelve-step programs such as Alcoholics Anonymous (AA) are free support groups that guide you through a recovery process. SMART Recovery, also called Self-Management and Recovery Training, is another option. Many Vet Centers also offer free support groups. Talk with your healthcare provider about support programs.
- Treatment centers are facilities where you get health management and counseling during the early stages of recovery. Some are live-in and some are day (outpatient) programs.
- Medicines may be prescribed to help you reach your goal of abstinence. Naltrexone, acamprosate, and disulfiram are all medicines that can help with abstinence when they are used along with counseling.

### If you're using other substances

The description of alcohol abuse on this sheet also applies to any other drug you may be using. This includes tobacco, marijuana, or prescription medicine that isn't being used as prescribed. If you have a substance use problem, you're not alone. With treatment, you can overcome the problem and go on to lead a healthy, drug-free life. The first step is admitting that you need help. Talk with your healthcare provider to find a treatment option that meets your needs.

**StayWell last reviewed this educational content on** 12/1/2022

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Your Body's Response to Anxiety

Anxiety is part of the body's natural defense system. It's an alert to a threat. The threat may be unknown, vague, or from your own internal fears. While you're in this state, your feelings can range widely. You may feel a sense of worry. You may have physical feelings, such as a racing heartbeat. These feelings make you want to react to the threat. An anxiety response is common in many situations. But some people may have an anxiety disorder. Then the same response can occur too much or at the wrong times.

**Anxiety can be helpful**

Anxiety is a signal from your brain. It warns you of a threat. It's a common response to help you prevent something. Or it helps you to decrease the bad effects of something you can't control. For example, anxiety is a response to things that might harm your body, separate you from a loved one, or cause you to lose your job. The symptoms of anxiety can be physical and mental.

**How does it feel?**

People with anxiety may have any of these symptoms:

**Physical symptoms**

- Dizziness
- Muscle tension or pain
- Restlessness
- Sleeplessness
- Racing heartbeat
- Fast breathing
- Shaking or trembling
- Stomachache
- Diarrhea
- Loss of energy
- Sweating
- Cold, sweaty hands
- Chest pain
- Dry mouth

**Emotional symptoms**

- Irritability
- Difficulty concentrating
- Worrying

**Anxiety can also be a problem**

Anxiety can become a problem when it is:

- Hard to control
- Occurs for months

- Causes problems with important parts of your life

With an anxiety disorder, your body has symptoms of anxiety too often or too much. The response depends on the type of anxiety disorder. With some types of disorders, the anxiety is much more than needed for the threat that triggers it. With other types, anxiety may occur when there isn't a clear threat or trigger.

### Who has anxiety?

Some people are more likely to have a lot of anxiety than others. This tends to run in families. And it affects more younger people than older people. It's more common in women than men. But no age, race, or gender is immune to anxiety problems.

### Anxiety can be treated

Anxiety that disrupts your life can be treated. Your healthcare provider can rule out any physical problems that may cause the anxiety symptoms. If you are diagnosed with an anxiety disorder, mental healthcare will help.

An anxiety disorder is an illness. It can respond to treatment. Most types of anxiety disorders are helped with talk therapy (counseling) and medicines. Your healthcare provider can help you develop skills to cope with anxiety. You can work to gain perspective. This can help you overcome fears. Good sources of support or guidance can be found in many places. You'll find support at your local hospital, mental health clinic, or an employee assistance program.



### How to manage anxiety

Here are some things you can do to cope:

- **Do what you can.** Keep in mind that you can't control everything. Change what you can. And let the rest take its course.
- **Exercise.** This is a great way to ease tension. It can help your body feel relaxed.
- **Don't use caffeine or nicotine.** These can make anxiety symptoms worse.
- **Stay sober.** Don't use alcohol or misuse prescribed medicines. They only make things worse over time.
- **Learn more about anxiety disorders.** Keep track of helpful online resources and books you can use during stressful periods.
- **Work on stress management.** Try methods, such as meditation.
- **Talk with others.** Join an online or in-person support group.
- **Get medical care.** Mental health services can help you manage your symptoms if the above methods don't help enough.

**StayWell last reviewed this educational content on** 12/1/2022

© 2000-2024 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

MT. HOOD COMMUNITY COLLEGE
26000 S.E. Stark Street, Gresham, Oregon 97030

AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Dawn Sallee-Justesen, Registrar

This officially sealed and signed transcript is printed on security paper with the name of the college printed across the face of the document. A raised seal is not required. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

REJECT DOCUMENT IF SIGNATURE ABOVE IS DISTORTED

06/02/26

Send To:
Tony Barrera
2035 Se 176th Ave
Portland, OR 97233

Student's Name...... Anthony Barrera
Social Security #... xxx-xx- 6833
MHCC ID #.......... 648874
Major............... Business Transfer Degree

### Fall Term 2012

| | | | |
|---|---|---|---|
| HD100A | College Success | 1.00 | A |
| HE204 | Diet and Weight Control | 3.00 | A |
| MTH111 | Pre-Calculus I: Elementary Func | 5.00 | B |
| WR115 | Introduction to College Writing | 4.00 | A |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 13.00 | 13.00 | 0.00 | 13.00 | 47.00 | 3.62 |
| cum | 13.00 | 13.00 | 0.00 | 13.00 | 47.00 | 3.62 |

### Winter Term 2013

| | | | |
|---|---|---|---|
| MTH112 | Pre-Calculus II: Trig/Geometry | 5.00 | B |
| PE185FD | "X" Ball | 1.00 | B |
| SP100 | Basic Speech Communication | 3.00 | A |
| WR121 | English Composition | 4.00 | B |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 13.00 | 13.00 | 0.00 | 13.00 | 42.00 | 3.23 |
| cum | 26.00 | 26.00 | 0.00 | 26.00 | 89.00 | 3.42 |

### Spring Term 2013

| | | | |
|---|---|---|---|
| MTH251 | Calculus I: Differential Calculus | 4.00 | B |
| PSY201 | General Psychology | 4.00 | C |
| WR122 | English Composition: Critical Thinking | 4.00 | B |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 12.00 | 12.00 | 0.00 | 12.00 | 32.00 | 2.67 |
| cum | 38.00 | 38.00 | 0.00 | 38.00 | 121.00 | 3.18 |

### Summer Term 2013

| | | | |
|---|---|---|---|
| PHL202 | Fundamental Ethics | 4.00 | C |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 4.00 | 4.00 | 0.00 | 4.00 | 8.00 | 2.00 |
| cum | 42.00 | 42.00 | 0.00 | 42.00 | 129.00 | 3.07 |

### Fall Term 2013

| | | | |
|---|---|---|---|
| BA101 | Introduction to Business | 4.00 | B |
| EC201 | Principles of Economics I: Microeconomics | 4.00 | B |
| MTH243 | Probability and Statistics I | 4.00 | A |

------------------- To be continued -------------------

### Fall Term 2013 (cont.)

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 12.00 | 12.00 | 0.00 | 12.00 | 40.00 | 3.33 |
| cum | 54.00 | 54.00 | 0.00 | 54.00 | 169.00 | 3.13 |

### Winter Term 2014

| | | | |
|---|---|---|---|
| BA211 | Principles of Accounting I | 4.00 | A |
| BA226 | Introduction to Business Law | 4.00 | B |
| EC202 | Principles of Economics II: Macroeconomics | 4.00 | A |
| MTH244 | Statistics II | 4.00 | B |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 16.00 | 16.00 | 0.00 | 16.00 | 56.00 | 3.50 |
| cum | 70.00 | 70.00 | 0.00 | 70.00 | 225.00 | 3.21 |

### Spring Term 2014

| | | | |
|---|---|---|---|
| BA212 | Principles of Accounting II | 3.00 | A |
| BI103A | General Biology III: Survey of Ecology and Evolution | 4.00 | B |
| CIS120 | Computer Concepts I ** Repeated ** | 3.00 | D |
| CIS120L | Computer Concepts Lab I | 1.00 | A |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 11.00 | 11.00 | 0.00 | 11.00 | 31.00 | 2.82 |
| cum | 81.00 | 81.00 | 0.00 | 81.00 | 256.00 | 3.16 |

### Fall Term 2014

| | | | |
|---|---|---|---|
| BI101A | General Biology I: Survey of Cellular Biology | 4.00 | C |
| ED120 | Leadership Training I - Theory | 1.00 | A |
| PS209 | Problems in American Politics | 4.00 | A |
| SP111 | Fundamentals of Public Speaking | 4.00 | B |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 13.00 | 13.00 | 0.00 | 13.00 | 40.00 | 3.08 |
| cum | 94.00 | 94.00 | 0.00 | 94.00 | 296.00 | 3.15 |

Mt Hood Community College -OR
Deg/Cert: AS:Science
Awarded: 12/13/2014
Major: Business Transfer Degree

Printed on 06/02/2026

# Learning Works Charter School

This certifies that

## Anthony Barrera

has successfully completed the course of study prescribed for graduation by Learning Works Charter School and is therefore awarded this

## High School Diploma

Awarded this Nineteenth day of June, 2012

*Dr. Mikala L. Rahn, Founder*

*Nicole Jacquemin, President of the Board*



| Student Name | Local ID | Grade | Birthdate | SSID | Counselor | Gndr |
|---|---|---|---|---|---|---|
| **Barrera, Anthony** | 165184 | 11 | 07/27/1995 | 8106017398 | None | M |

**Athalia, Gloria**
2360 E 15 St Apt #9
Long Beach, CA 90804
(562) 619-5461

**Gordian, Angelica**
2360 E 15 St Apt #9
Long Beach, CA 90804
(562) 619-5461

**Transcript of Student Progress 04/13/2026**
**Learning Works Charter School**
**90 North Daisy Avenue**
**Pasadena, CA 91107**
**626-564-2871**

### Grade 09 2009 - 2010 Semester 1 (Fall)
Cabrillo High School

| | Course | Grade | Att | Cmp |
|---|---|---|---|---|
| | English 1A | C | 5 | 5 |
| | Algebra 1A | A | 5 | 5 |
| | Biology 1A | D | 5 | 5 |
| x | KPE Intro F | F | 5 | 0 |
| | Spanish 1A | A | 5 | 5 |
| | Computer Apps | A | 5 | 5 |

GPA: 2.50 Crd Att:30 Cmp:25

### Grade 09 2009 - 2010 Semester Summer Session 1
LACOE

| | Course | Grade | Att | Cmp |
|---|---|---|---|---|
| | English 9B | C | 3 | 3 |
| | Algebra 1B | C | 3 | 3 |
| | Earth Science B | C | 3 | 3 |
| x | Phys Ed CRS 1B | A | 3 | 3 |
| | Intro Visual Arts | B | 3 | 3 |
| | History/Soc Survey | B | 3 | 3 |

GPA: 2.67 Crd Att:18 Cmp:18

### Grade 09 2010 - 2011 Semester 1 (Fall)
Soledad Enrichment Action Charter

| | Course | Grade | Att | Cmp |
|---|---|---|---|---|
| | Lang/Arts 9B | B | 5 | 5 |
| | Algebra 1B | A | 5 | 5 |
| | Int Science 1B | A | 5 | 5 |
| | World Hist A | A | 5 | 5 |
| x | Phys Ed 1A | A | 5 | 5 |
| | Acad Inter 1 | A | 5 | 5 |
| | Health | B | 5 | 5 |

GPA: 3.71 Crd Att:35 Cmp:35

### Grade 10 2010 - 2011 Semester 1 (Fall)
LACOE

| | Course | Grade | Att | Cmp |
|---|---|---|---|---|
| | English 10B | B | 0 | 0 |
| | English 10B | C | 1 | 1 |
| | Algebra 1A | B | 0 | 0 |
| | Algebra 1B | D | 1 | 1 |
| | Biology B | C | 0 | 0 |
| | Biology B | D | 1 | 1 |
| | Mod World Hist B | C | 1 | 1 |
| | Mod World Hist B | B | 0 | 0 |
| x | Phys Ed CRS 1B | A | 1 | 1 |
| x | Phys Ed CRS 1B | B | 0 | 0 |
| | Intro to Visual Arts B | C | 1 | 1 |
| | Intro Visual Arts B | B | 0 | 0 |

GPA: 2.00 Crd Att:6 Cmp:6

### Grade 10 2010 - 2011 Semester 1 (Fall)
Soledad Enrichment Action Charter

| | Course | Grade | Att | Cmp |
|---|---|---|---|---|
| | Lang/Arts 10A | B | 3 | 2 |
| | Algebra 1C | A | 3 | 2 |
| | Int Science 2A | A | 3 | 2 |
| | World Hist B | A | 3 | 2 |
| x | Phys Ed 1B | A | 3 | 2 |
| | Acad Inter 1 | B | 3 | 2 |
| | Career Ed | B | 3 | 2 |

GPA: 3.57 Crd Att:21 Cmp:14

### Grade 10 2010 - 2011 Semester 2 (Spring)
Soledad Enrichment Action Charter

| | Course | Grade | Att | Cmp |
|---|---|---|---|---|
| | Lang/Arts 10B | B | 1 | 1 |
| | Comp Lit | B | 1 | 1 |
| | Geometry A | B | 1 | 1 |
| | Int Science 1B | B | 1 | 1 |
| | US Hist A | B | 1 | 1 |
| x | Phys Ed 2A | B | 1 | 1 |
| | Acad Inter 2 | B | 1 | 1 |

GPA: 3.00 Crd Att:7 Cmp:7

### Grade 10 2010 - 2011 Semester Summer Session 1
LACOE

| | Course | Grade | Att | Cmp |
|---|---|---|---|---|
| | English 10B | B | 4 | 4 |
| | Algebra 1B | D | 1 | 1 |
| | Geometry A | B | 3 | 3 |
| | Biology B | C | 5 | 5 |
| | Mod World Hist B | B | 4 | 4 |
| x | Phys Ed CRS 1B | B | 1 | 1 |
| x | Phys Ed CRS 2A | B | 4 | 4 |
| | Intro to Visual Arts B | B | 4 | 4 |

GPA: 2.73 Crd Att:26 Cmp:26

### Grade 11 2011 - 2012 Semester 1 (Fall)
LACOE

Enter Date: 02/28/2012
Leave Date: 06/19/2012
Exit Reason: **Graduated: Standard High School Diploma**

### CREDIT SUMMARY

| Subject | Req | Cmp | Def |
|---|---|---|---|
| English 09 | 10.00 | 10.00 | 0.00 |
| English 10 | 10.00 | 10.00 | 0.00 |
| English 11 | 10.00 | 10.00 | 0.00 |
| English 12 | 10.00 | 10.00 | 0.00 |
| Algebra 1 | 10.00 | 10.00 | 0.00 |
| Mathematics | 20.00 | 20.00 | 0.00 |
| Biology | 10.00 | 10.00 | 0.00 |
| Science | 20.00 | 20.00 | 0.00 |
| World History | 10.00 | 10.00 | 0.00 |
| US History | 10.00 | 10.00 | 0.00 |
| American Government | 5.00 | 5.00 | 0.00 |
| Economics | 5.00 | 5.00 | 0.00 |
| Physical Education | 20.00 | 20.00 | 0.00 |
| Fine Arts/CTE | 10.00 | 10.00 | 0.00 |
| Electives | 20.00 | 49.00 | 0.00 |
| Computer Technology | 0.00 | 0.00 | 0.00 |
| Health | 0.00 | 0.00 | 0.00 |
| TOTALS: | 180.00 | 209.00 | 0.00 |

Total GPA (9,10,11,12) 2.96
Credits Attempted: 222
Credits Completed: 209

Algebra Requirement:
No scores entered

CAASPP Smarter Balanced:
No scores entered

PFT:
No scores entered

x: Cal Grant: Exclude from GPA

Fully Accredited by WASC ACCREDITING COMMISSION FOR SCHOOLS

LEARNING WORKS
(Seal)

Signature:
This transcript is UNOFFICIAL unless signed by a school official and affixed with school seal.

| Student Name | Local ID | Grade | Birthdate | SSID | Counselor |
|---|---|---|---|---|---|
| Barrera, Anthony | 165184 | 11 | 07/27/1995 | 8106017398 | None |

| | | | | |
|---|---|---|---|---|
| | English 10A | D | 3 | 3 |
| | English 11A | D | 1 | 1 |
| | Geometry A | B | 2 | 2 |
| | Geometry B | C | 1 | 1 |
| | Earth Science A | C | 1 | 1 |
| | Earth Science B | C | 2 | 2 |
| | Mod World Hist A | C | 3 | 3 |
| x | Phys Ed CRS 1A | B | 2 | 2 |
| x | Phys Ed CRS 2A | D | 1 | 1 |
| | Intro to Visual Arts A | C | 2 | 2 |

GPA: 1.94 Crd Att:18 Cmp:18

Grade 11 2011 - 2012 Trimester 2
Learning Works Charter School

| | | | |
|---|---|---|---|
| Consumer Math A | A | 1 | 1 |
| Geometry B | A | 5 | 5 |
| U.S. History A | A | 4 | 3 |

GPA: 4.00 Crd Att:10 Cmp:9

Grade 11 2011 - 2012 Trimester 3
Learning Works Charter School

| | | | |
|---|---|---|---|
| English 11A | B | 5 | 5 |
| English 11B | B- | 4 | 4 |
| English 12A | C+ | 5 | 5 |
| English 12B | C+ | 5 | 5 |
| Consumer Math A | A | 1 | 1 |
| Geometry B | A | 4 | 4 |
| Physics A | B+ | 5 | 5 |
| Physics B | B+ | 5 | 5 |
| U.S. History A | A | 3 | 3 |
| U.S. History B | A | 4 | 4 |
| American Government | B+ | 5 | 5 |
| Economics | B+ | 5 | 5 |

GPA: 3.04 Crd Att:51 Cmp:51

# MT. HOOD COMMUNITY COLLEGE
26000 S.E. Stark Street, Gresham, Oregon 97030

AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Dawn Sallee-Justesen, Registrar

This officially sealed and signed transcript is printed on security paper with the name of the college printed across the face of the document. A raised seal is not required. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

REJECT DOCUMENT IF SIGNATURE ABOVE IS DISTORTED

Student's Name... Anthony Barrera    Fed ID.....xxx-xx- 6833    MHCC ID #..... 648874

---------------------------- Winter Term 2015 -------

| | | | |
|---|---|---|---|
| BA213 | Principles of Accounting III | 4.00 | B |
| BA250 | Small Business Management | 4.00 | W |
| CIS120 | Computer Concepts I ** Repeated ** | 3.00 | C |
| ED121 | Leadership Training II - Motivation, Influence and Power | 1.00 | A |
| SP115 | Introduction to Intercultural Communication | 3.00 | A |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 15.00 | 11.00 | 0.00 | 11.00 | 34.00 | 3.09 |
| cum | 109.00 | 105.00 | 0.00 | 102.00 | 327.00 | 3.21 |

Mt Hood Community College -OR
Deg/Cert: OTM:OregonTransferModule
Awarded: 03/21/2015

---------------------------- Spring Term 2015 -------

| | | | |
|---|---|---|---|
| GS106 | Physical Science: Geology | 4.00 | C |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 4.00 | 4.00 | 0.00 | 4.00 | 8.00 | 2.00 |
| cum | 113.00 | 109.00 | 0.00 | 106.00 | 335.00 | 3.16 |

Mt Hood Community College -OR
Deg/Cert: AS:Oregon Transfer
Awarded: 06/13/2015
Major: Business Transfer Degree
Mt Hood Community College -OR
Deg/Cert: AA:Oregon Transfer
Awarded: 06/13/2015
Major: Business Transfer Degree

---------------------------- Spring Term 2018 -------

| | | | |
|---|---|---|---|
| APRCR110 | Introduction to Carpentry Trade | 3.00 | B |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 3.00 | 3.00 | 0.00 | 3.00 | 9.00 | 3.00 |
| cum | 116.00 | 112.00 | 0.00 | 109.00 | 344.00 | 3.16 |

---------------------------- Summer Term 2018 -------

| | | | |
|---|---|---|---|
| APRCR111 | Construction Mathematics | 4.00 | A |
| APRCRRX55 | CPR/First Aid | 0.00 | S |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 4.00 | 4.00 | 0.00 | 4.00 | 16.00 | 4.00 |
| cum | 120.00 | 116.00 | 0.00 | 113.00 | 360.00 | 3.19 |

---------------------------- Fall Term 2018 -------

| | | | |
|---|---|---|---|
| APRCRE140A | Drywall Installation | 3.00 | A |

------------------- To be continued -------------------

------------------------- Fall Term 2018 (cont.) ----

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 3.00 | 3.00 | 0.00 | 3.00 | 12.00 | 4.00 |
| cum | 123.00 | 119.00 | 0.00 | 116.00 | 372.00 | 3.21 |

---------------------------- Summer Term 2021 -------

| | | | |
|---|---|---|---|
| AUT5MS | Motorcycle Safety - Basic Rider Course | 0.00 | X |

| | attempt | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|---|
| ses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| cum | 123.00 | 119.00 | 0.00 | 116.00 | 372.00 | 3.21 |

-------------------END OF TRANSCRIPT-------------------

## MT. HOOD COMMUNITY COLLEGE

Office of the Registrar
Admissions, Registration and Records
26000 SE Stark Street
Gresham, OR 97030
(503) 491-7393
FAX: (503) 491-7388

### TRANSCRIPT LEGEND

**ACCREDITATION**: Mt. Hood Community College is accredited by the Northwest Commission on Colleges and Universities. The full accreditation statement can be found online at http://www.mhcc.edu/accreditation/.

**DISCLOSURE OF EDUCATION RECORD INFORMATION**: The attached information has been forwarded to you at the request of the student with the understanding that it will not be released to other parties. The Family Educational Rights and Privacy Act of 1974, as amended, prohibits release of this information without the student's written consent. Please return this material to us if you are unable to comply with this condition of release.

**GRADING SYSTEM**: Academic letter grades A, B, C, D, and F are used to compute student grade point averages (GPA). MHCC computes GPA using the 4 point system and by dividing the grade points by the quality credits.

| Grade | Points | Definition |
|---|---|---|
| A | 4.0 | Excellent |
| B | 3.0 | Above Average |
| C | 2.0 | Average |
| D | 1.0 | Below Average |
| F | 0.0 | Failure |
| U | 0.0 | Unsatisfactory |
| S | 0.0 | Satisfactory |
| N | 0.0 | No Basis for Grade |
| W | 0.0 | Withdrawal |
| X | 0.0 | Audit |
| K | 0.0 | Continuous Progress |
| I | 0.0 | Incomplete |
| IP | = | In Progress |
| NR | = | Not Received from instructor |
| S Grade | = | For evaluation and transferability purposes, the S grade is equivalent to a grade of C |

Grades of S, W, X, N, K I and U are not computed for GPA. X and K grades do not receive credit.

It is the student's responsibility to arrange for correcting any errors in this record within 4 academic terms including summer. If a course was retaken, the 2nd grade was used in computing GPA only upon student request from Spring 1985 through Spring 1996. Effective Summer 1996, the highest grade is calculated in the cumulative GPA.

**CALENDAR/CREDIT**: Credits are stated in quarter hours. A minimum of 90 applicable credit hours is required for an Associate degree. The college year is divided into 4 quarters of approximately 11 weeks each. One credit is generally allowed for each discussion or laboratory period per week. The discussion period consists of 50 minutes of lecture or discussion; the laboratory period may consist of two or more clock hours.

**SATISFACTORY ACADEMIC STANDING**: A cumulative and/or last quarter GPA of 2.00 is required for satisfactory academic standing. Probation and suspension status are not printed on the transcript.

**COURSE NUMBERING SYSTEM**: Courses numbered 1-4 (not section numbers) do not carry grades or credit. Tuition is charged per clock hour.

**BEGINNING SUMMER 2023**
**"U" grades will no longer be computed into GPA.**

Courses Numbered 5-9 may be graded (letter grade) or ungraded (satisfactory/unsatisfactory) or audit only. These courses may be credit or non-credit. Courses numbered 5-9 may not be applied toward a MHCC career-technical degree or certificate except with approval of the area dean of the student's major, prior to registration.

Courses Numbered 1-49 that do not carry credit cannot be applied to any degree or certificate.

Courses Numbered 10-99 may be graded or ungraded and may carry credit applicable to a MHCC career-technical degree or certificate.

Courses Numbered 100-299 are usually acceptable for a MHCC degree or certificate and are normally eligible for transfer to four-year institutions. Transfer acceptability is at the discretion of the receiving institution.

**Common Course Numbering** (CCN) Oregon common course numbering system adopted in 2023. Courses are given a "Z" designation after the course number.

CEU = Continuing Education Units **are not applicable toward a certificate of degree. One (1) CEU unit is equivalent to 10 clock hours.**

**TESTING FOR AUTHENTICITY**: When photocopied, the word COPY will appear prominently across the face of the entire document. A black and white document is not an original and should not be accepted as an official institutional document.

# Portland State UNIVERSITY

SSN *****6833     PSU ID 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     Date of Birth: 27-JUL     Date Issued: 02-JUN-2026

Record of: Anthony Barrera     

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| Institution Information continued: | | | | | | |
| Fall 2022 Quarter | | | | | | |
| BA | 339 | SUPPLY CHAIN MANAGEMENT | 4.00 | A | 16.00 | |
| BA | 423H | EXECUTIVE PERSP ON LEADERS | 1.00 | NP | 0.00 | |
| CCJ | 310 | AMERICAN COURTS | 4.00 | A | 16.00 | |
| FIN | 352 | INVESTMENTS | 4.00 | A- | 14.68 | |
| | | Ehrs: 12.00 GPA-Hrs: 12.00 QPts: | 46.68 | GPA: | 3.89 | |
| Winter 2023 Quarter | | | | | | |
| ACTG | 381 | FIN ACTG/REPRTG I | 4.00 | W | 0.00 | |
| BA | 325 | INFORMATION LITERACY | 4.00 | W | 0.00 | |
| PS | 320 | EXPLORE THE LAW | 2.00 | P | 0.00 | |
| PS | 422 | CONSTITUTIONAL LAW | 4.00 | W | 0.00 | |
| | | Ehrs: 2.00 GPA-Hrs: 0.00 QPts: | 0.00 | GPA: | 0.00 | |

Last Standing: Good Standing

********************** TRANSCRIPT TOTALS **********************

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 56.00 | 54.00 | 185.40 | 3.43 |

********************** END OF TRANSCRIPT **********************

This official transcript does not require a raised seal.

Nicolle L. DuPont
University Registrar
Portland State University

Portland State UNIVERSITY

Office of the Registrar
Post Office Box 751 • Portland, OR 97207-0751
(503) 725-3220 • www.pdx.edu
FICE ID: 003216

Under the Family Educational Rights & Privacy Act (FERPA), the information provided in this document is not to be released to others without the written consent of the student.

## ACCREDITATION

Portland State University is accredited by the Northwest Association of Schools and Colleges. In addition, numerous schools, colleges, and departments within the university are accredited by special agencies and associations.

## FORMER NAMES

Established in 1946 as Vanport Extension Center, the name changed in 1952 to Portland Extension Center, and in 1955 to Portland State College. On February 14, 1969, the institution was named Portland State University (PSU).

## CREDITS

PSU operates on the quarter system. Fall, Winter, and Spring terms are each approximately 11 weeks in length. Summer term courses vary in length from 2 to 13 weeks.

## REQUIREMENTS FOR GRADUATION

A baccalaureate degree requires a minimum of 180 quarter hours and a 2.00 GPA. An advanced degree requires a minimum of 45 quarter hours. All advanced degree requirements are listed in the PSU Bulletin. Graduate degrees require a minimum 3.00 GPA.

## GRADE POINT AVERAGE (GPA)

No GPA is calculated for students last enrolled prior to Fall 1980. The cumulative GPA is determined by dividing the total quality points by the total credit hours for all terms. Only PSU work is used to calculate the GPA. Transfer credits are for information purposes only, and are not included in the GPA calculation.

## CREDIT FOR PRIOR LEARNING (CPL)

CPL is awarded on the PSU institutional transcript for certain courses via examination/challenge and portfolio assessment. CPL is identified by a term notation that says "Credit for Prior Learning: PSU Exam Credit" or "Credit for Prior Learning: Portfolio Asmnt".

## COURSE NUMBERING SYSTEM

| | |
|---|---|
| 0-99 | Basic courses, no degree credit |
| 100-299 | Lower Division |
| 300-499 | Upper Division |
| 500-699 | Graduate |
| 700 | Post-baccalaureate, prof. dev., non-degree credit |
| 800 | In-service, prof. dev., limited graduate degree credit |
| 199/299/399 | Special Studies |

Courses that may be taken repeatedly, with varying credit:

*At the 400/500/600 level:*

| | | | |
|---|---|---|---|
| Research | x01 | Special Projects | x06 |
| Independent Study | x02 | Seminar | x07 |
| Thesis | x03 | Workshop | x08 |
| Coop Ed/Intern | x04 | Practicum | x09 |
| Reading & Conference | x05 | Selected Topics | x10 |

*At the 800 level:* 808 and 810

## AUTHENTICITY

An official transcript displays the seal of PSU and an official signature. Verification or further explanation of authenticity may be obtained by contacting the Office of the Registrar.

## GRADING SYSTEM

| Grade | Points | Undergraduate | Graduate |
|---|---|---|---|
| A | 4.00 | Excellent | Excellent |
| B | 3.00 | Good | Satisfactory |
| C | 2.00 | Satisfactory | Below Standards |
| D | 1.00 | Inferior | Failure (no credit) |
| F | 0.00 | Failure | Failure |
| +/- | 0.33 | Plus or minus 0.33 points to letter grade, excluding A+, F+, F-(effective Fall 1992) | |

## MARKING SYSTEM (all disregarded in GPA)

| | |
|---|---|
| I | Incomplete: mark is permanent after one calendar year |
| IP | In-Progress: select graduate courses and UNST 421 |
| P | Pass: undergraduate C- or better, graduate B- or better |
| NP | No Pass |
| W | Withdrawn with no penalty |
| X | No Grade Received/No Basis For Grade |
| Y | Invalid grade reported by instructor |
| AU | Audit |
| M | Missing Grade |

## REPEAT POLICY (undergraduate duplicate courses only)

Credit and GPA are retained on the first A, A-, B+, B, B-, C+, C, C-, and all grades in subsequent attempts count in GPA. The first PSU grade of D or F may be forgiven if repeated at PSU for a differentiated grade (not P/NP). In this case, credit is retained on the last grade received. Both grades are retained on the transcript. If repeated more than once, each subsequent grade will be retained on the transcript and counted in the GPA.

Repeated courses appear under the last column "R" (repeat)

| | |
|---|---|
| E | Excluded from GPA |
| I | Included in GPA |

## COURSE NUMBER SUFFIX CODES

| | |
|---|---|
| W | Writing Intensive Course (or 'WIC' in course title) |
| H | Honors course |
| U | University Studies Junior Cluster course |
| Z | Common Course Number (Oregon) |

## OTHER CODES (Used prior to Summer 1991 on grade labels; appear left of credit hour.)

| | |
|---|---|
| AUD | Audited Course |
| R or RPT | Repeated Course |
| G, L, or GRD | Graduate credit for 400 courses; not used after Summer 1990 |
| H or HON | Honors Course |
| E | Credit by Examination |

Other codes are for internal use only.

## TERM CODES PREVIOUSLY USED

| | | | |
|---|---|---|---|
| F | Fall | S | Spring |
| W | Winter | U | Summer |

## UNIVERSITY STUDIES PROGRAM (established Fall 1994)

The University Studies Council (of the Faculty Senate) established that First Year and Sophomore Inquiry credits transfer as indicated below:

| | |
|---|---|
| One term of UNST 100-level (5 cr) | 5 credits general elective |
| Two terms of UNST 100-level (10 cr) | 10 credits general elective |
| Three terms of UNST 100-level (15 cr) | 4 credits writing (WR 121), 4 credits social science, 4 credits arts and letters, and 3 credits science literacy |
| One term of UNST 200-level (4 cr) | 4 credits lower division writing: applies to PSU lower division writing requirement |

# Portland State UNIVERSITY

SSN *****6833 PSU ID 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 Date of Birth: 27-JUL Date Issued: 02-JUN-2026

Record of: Anthony Barrera



Issued To: Anthony Barerra
Parchment DocumentID: TR09MVYM

Course Level: Undergraduate
High School: PASADENA ALT SCH 13-JUN-2012
First Admit: Fall 2015 Quarter
Last Admit: Fall 2021 Quarter

Current Major(s):
Major : Business Admin: Finance
Major : Business Admin: Tech & Anlytcs

SUBJ NO. COURSE TITLE CRED GRD PTS R

TRANSFER CREDIT:

201204-1804 MT HOOD CC
Ehrs: 13.00

201204-1804 MT HOOD CC
Ehrs: 13.00

201204-1804 MT HOOD CC
Ehrs: 12.00

201204-1804 MT HOOD CC
Ehrs: 4.00

201204-1804 MT HOOD CC
Ehrs: 12.00

201204-1804 MT HOOD CC
Ehrs: 16.00

201204-1804 MT HOOD CC
Ehrs: 7.00

201204-1804 MT HOOD CC
Ehrs: 12.00

201204-1804 MT HOOD CC
Ehrs: 13.00

201204-1804 MT HOOD CC

******************** CONTINUED ON NEXT COLUMN ******************

SUBJ NO. COURSE TITLE CRED GRD PTS R

Transfer Information continued:
Ehrs: 4.00

201204-1804 MT HOOD CC
Ehrs: 3.00

201204-1804 MT HOOD CC
Ehrs: 4.00

201204-1804 MT HOOD CC
Ehrs: 3.00

INSTITUTION CREDIT:

Summer 2021 Quarter

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| UNST | 390 | TRIO SSS-TRANSFER BRIDGE PROG | 2.00 | A | 8.00 | |

Ehrs: 2.00 GPA-Hrs: 2.00 QPts: 8.00 GPA: 4.00

Fall 2021 Quarter

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| BA | 205 | BUSINESS COMM USING TECHNOLOGY | 4.00 | B | 12.00 | |
| BA | 301H | RSRCH & ANALYSIS BUS PROBLEMS | 4.00 | A- | 14.68 | |
| CCJ | 320U | THEORIES CRIME & JUSTICE | 4.00 | A | 16.00 | |

Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 42.68 GPA: 3.55

Winter 2022 Quarter

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| BA | 311H | MARKETING MANAGEMENT | 4.00 | A- | 14.68 | |
| CCJ | 420 | CRIMINAL LAW & LEGAL REASONING | 4.00 | A- | 14.68 | |
| HST | 386U | MIDDLE EAST IN 20TH CENTURY | 4.00 | B- | 10.68 | |

Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 40.04 GPA: 3.33

Spring 2022 Quarter

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| BA | 302 | ORGANIZATIONAL BEHAVIOR | 4.00 | B- | 10.68 | |
| BA | 303 | BUSINESS FINANCE | 4.00 | A | 16.00 | |
| BA | 385H | BUSINESS ENVIRONMENT | 4.00 | C | 8.00 | |
| PS | 221 | INTRO TO LAW & LEGAL STUDIES | 4.00 | B+ | 13.32 | |

Ehrs: 16.00 GPA-Hrs: 16.00 QPts: 48.00 GPA: 3.00

******************** CONTINUED ON PAGE 2 *******************

PORTLAND STATE UNIVERSITY DOCTRINA URBI SERVIAT 1946 TM

This official transcript does not require a raised seal.

Nicolle L. DuPont
University Registrar
Portland State University